IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBBERMAID COMMERCIAL PRODUCTS LLC, ) ) ) Plaintiff, ) ) v. ) ) EVERSTRONG PRODUCTS CO., ) LTD, d/b/a EVERSTRONG COMMERCIAL ) PRODUCTS ) ) Defendant. ) ) ) | Civil Action No. 1:12-cv-08364 JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT

Plaintiff Rubbermaid Commercial Products LLC, and Defendant Everstrong Products Co., Ltd., d/b/a Everstrong Commercial Products, jointly inform the Court that they have reached an agreement with respect to a full and final compromise and settlement of all matters and all causes of action related to the above-captioned lawsuit, and accordingly respectfully request entry of a Final Consent Judgment in the form attached hereto as **Exhibit A**.

Dated: December 14, 2012

Respectfully submitted,

RUBBERMAID COMMERCIAL
PRODUCTS LLC

By Counsel

/s/ Karen L. Carroll
Karen L. Carroll
Illinois Bar No. 6292521
kcarroll@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 750-8646
Facsimile: (312) 698-4549

*Counsel for Plaintiff*
*Rubbermaid Commercial Products LLC*


EVERSTRONG PRODUCTS CO.,
LTD, d/b/a EVERSTRONG COMMERCIAL
PRODUCTS

***David A. Schrader
David@schradschoen.com
SCHRADER & SCHOENBERG, LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 986-4888
Facsimile (212) 986-4228

*Counsel for Everstrong Products Co., Ltd, d/b/a*
*Everstrong Commercial Products*

**\*\*\*Appearing in this action for purposes of entering this settlement with telephonic advance approval and permission from the Court**

# CERTIFICATE OF SERVICE

I hereby certify that on _December 14_ 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case. I further certify that I served a copy of the foregoing by First Class U.S. Mail on the following counsel:

>David A. Schrader
>Schrader & Schoenberg, LLP
>711 Third Avenue
>New York, New York 10017
>Telephone: (212) 986-4888

>/s/    Karen L. Carroll
>Karen L. Carroll
>Illinois Bar No. 6292521
>kcarroll@mcguirewoods.com
>MCGUIREWOODS LLP
>77 West Wacker Drive
>Suite 4100
>Chicago, Illinois 60601-1818
>Telephone: (312) 750-8646
>Facsimile: (312) 698-4549
>
>*Counsel for Plaintiff*
>*Rubbermaid Commercial Products LLC*